# Order

Michigan Supreme Court
Lansing, Michigan

September 22, 2008

136793

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAMINGO F. BOURGEOIS, a/k/a DAMINGO
FLEECION BOURGEIOS, a/k/a DAMINGO
FLEECION BOURGEOIS, a/k/a DAMNGO
FLEECAION BOURGEOIS, a/k/a DEAN
BOURGEOIS, a/k/a DERON SHORT, a/k/a
DOMINGO FELECIANO BOURGEOIS, a/k/a
TAIJON BOURGEOIS, a/k/a WILLIE B. JONES,
a/k/a WILLIE JONE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136793
COA: 278278
Oakland CC: 2007-213389-FH

_____/

      On order of the Court, the application for leave to appeal the May 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

0915

_____
Clerk